UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TANISHA RENEE PRIMOUS,

    Plaintiff,

v.                              Case No. 8:18-cv-398-33TGW

TAMPA HOUSING AUTHORITY, ET AL.,

    Defendants.
_____/

**ORDER**

This matter comes before the Court sua sponte. On February 15, 2018, Plaintiff Tanisha Primous filed a pro se Complaint against the Tampa Housing Authority, as well as numerous other Defendants. (Doc. # 1). In connection with her Complaint, Primous filed an application to proceed in forma pauperis. (Doc. # 2). On April 13, 2018, the Magistrate Judge issued a Report and Recommendation recommending that the Complaint be dismissed without prejudice, with leave to amend. (Doc. # 4). The Magistrate Judge explained: "The complaint does not articulate with any clarity the factual or legal basis for the lawsuit. Furthermore, the plaintiff has not established that the court has jurisdiction over her claim." (Id. at 2-3).

With no objection to the Report and Recommendation

1

lodged, this Court adopted the Report and Recommendation on May 2, 2018. (Doc. # 6). The Court gave Primous the opportunity to file an Amended Complaint by June 4, 2018, and explained that failure to file an Amended Complaint by that date would result in the dismissal of the case and case closure. (Id. at 4).

Primous failed to file an Amended Complaint, and the deadline for amendment as authorized by the Court has now passed. The Court accordingly dismisses his case without prejudice. The Clerk is directed to close the case.[1]

Accordingly, it is

**ORDERED, ADJUDGED** and **DECREED:**

This case is **DISMISSED** without prejudice. The Clerk is directed to **CLOSE** this case.

---

[1] The record reflects that mailings sent by the Court to Primous have been returned as "Undeliverable," despite many attempts to reach Primous. The Court also sent the May 2, 2018, Order to Primous via email. However, it is Primous's duty to advise the Court of her current mailing address, rather than the Court's duty to ascertain Primous's contact information. See Weston v. St. Petersburg Police Dept., No. 8:09-cv-495-T-27TBM, 2010 U.S. Dist. LEXIS 91798, at *4 (M.D. Fla. Aug. 9, 2010) ("A party has a duty to keep the Court informed of his/her address."); Lewis v. Conners Steel Co., 673 F.2d 1240, 1242-43 (11th Cir. 1982) ("Plaintiff should be required to assume some minimum responsibility himself for an orderly and expeditious resolution of his dispute," including keeping the court and opposing counsel informed "of address changes.").

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 5th day of June, 2018.

/s/ Virginia M. Hernandez Covington
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE